IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRAVIS YOUNG                          PLAINTIFF

v.                    No. 3:17-cv-334-DPM

BLYTHEVILLE POLICE DEPARTMENT, *et al.*     DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 November 2018